UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED - CLERK
U.S. DISTRICT COURT

2004 DEC 10 PM 3: 26

TX EASTERN - LUFKIN

Federal National Mortgage Association,

Plaintiff,

-against-

Olympia Mortgage Corporation and Lieb Pinter,

Defendants.

Misc. Case No. 9:04MC8

Case No. 04-4971 (NC)(CLP)
Pending in the United States
District Court for the Eastern
District of New York,
Judge Gershon Presiding

## NOTICE PURSUANT TO 28 U.S.C. § 754 OF APPOINTMENT OF KAREN KINCAID BALMER AS RECEIVER OF OLYMPIA MORTGAGE CORPORATION

PLEASE TAKE NOTICE that on November 6, 2004, the Federal National Mortgage Association ("Fannie Mae") filed a complaint for, among other things, the appointment of a receiver for Olympia Mortgage Corporation ("Olympia") in the United States District Court for the Eastern District of New York (the "Court") (Case No. 04-4971 (NC) (CLP)), a certified copy of which is attached hereto as Exhibit A. On November 23, 2004, the Court appointed Karen Kincaid Balmer as receiver (the "Receiver") for Olympia (a certified copy of the Order of Appointment is attached hereto as Exhibit B). The Order was entered by the Court on November 30, 2004.

The Receiver hereby provides this notice of her appointment as receiver of Olympia pursuant to 28 U.S.C. § 754. Upon review of Olympia's records, the Receiver has reason to believe that property of Olympia may be located in the Eastern District of Texas. The Receiver hereby provides notice that all property of Olympia or in which

ATL01/11805209v1

- 2 -

Olympia has an interest or claim located in the Eastern District of Texas is subject to the claims and receivership of the Receiver.

Dated: December 7, 2004.

                        ALSTON & BIRD LLP

                        _____
                        MICHAEL E. JOHNSON
                        90 Park Avenue
                        New York, NY 10016
                        Phone: 212-210-9400
                        Fax: 212-210-9444

                        *Attorney for Karen Kincaid Balmer*
                        *as Receiver for Olympia Mortgage*
                        *Corporation*

ATL01/11805209v1